IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLEE DONYE JOHNSON, | ) |
| | ) |
| Petitioner, | ) Case No. 1:08-cv-262-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| RAYMOND SOBINA, *et al.* | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on September 18, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on March 30, 2011 [12], recommends that the Petitioner's amended petition for writ of habeas corpus be denied and that a certificate of appealability also be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. The parties were served via electronic notice to their respective counsel. No objections to the Report and Recommendation have been filed.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th Day of May, 2011;

IT IS ORDERED that the instant amended petition for writ of habeas corpus be, and hereby is, DENIED. Inasmuch as reasonable jurists would not find it debatable whether the instant petition lacks merit and is untimely and should be denied, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on March 30, 2011 [12], is adopted as the opinion of the Court.

                                        s/ Sean J. McLaughlin

                                        SEAN J. McLAUGHLIN
                                        United States District Judge

Cm:    All parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter